# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2033

_____

| | | |
|---|---|---|
| Brad H. Sidles, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Nebraska Court of Appeals; Unknown | * | District of Nebraska. |
| Hannon, Judge; Unknown Sievers, | * | |
| Judge; Unknown Inbody, Judge; | * | [UNPUBLISHED] |
| Unknown Mues, Judge; Lanet | * | |
| Asmussen, Clerk; Jan Culver, Assistant | * | |
| Clerk; Linda Willard, Assistant | * | |
| Attorney General, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 5, 2000
Filed: July 17, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Brad H. Sidles appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint as frivolous. His claims arise from his dissatisfaction with state court proceedings and the distribution of property following his mother's death, as did claims he asserted in a prior complaint. See Sidles v. Dougherty, No. 99-1800, 1999 WL 594003 (8th Cir. Aug. 5, 1999) (unpublished per curiam). Having carefully reviewed the record, we conclude the judgment of the district court is correct, and an extended opinion is unwarranted. Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska.

-2-